AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Heriberto Valiente, individually and on behalf of all others similarly situated, <br><br> *Plaintiff(s)* <br> v. <br><br> StockX, Inc., <br><br> *Defendant(s)* | Civil Action No. 1:22-cv-21489-KMM |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   StockX, Inc.
c/o United Agent Group Inc.
3411 Silverside Rd Ste 104
Wilmington DE 19810-4809

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   The Wright Law Office, P.A., 515 N Flagler Dr Ste P300 West Palm Beach FL 33401-4326 (561) 514-0904

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: May 13, 2022

Angela E. Noble
Clerk of Court

s/ M. Brown
Deputy Clerk
U.S. District Courts